IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE TURNER                                                                           PLAINTIFF
ADC #109100

v.                                  No. 5:11-cv-145-DPM/JJV

AKIRA BOYD, Deputy Sheriff,
W.C. "Dub" Brassell Detention Center, *et al*.                    DEFENDANTS

ORDER

The Court adopts Magistrate Judge Volpe's recommended partial dispostion, *Document No. 13*, which Turner has not objected to.  The Court sees no legal error or clear error on the face of the record.  Fed. R. Civ. P. 72(b) and 1983 Addition to Advisory Committee Notes.   All Turner's claims against Defendants Edward Adams, Gerald Robinson, Tyra Tyler, Greg Bolin, Jefferson County, and the W.C. "Dub" Brassell Detention Center are dismissed without prejudice.  These Defendants are no longer parties.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 January 2012