# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ANDRE TURNER, ADC #109100                                                                    PLAINTIFF

v.                                      5:11-cv-00145-DPM-JJV

AKIRA BOYD, Deputy Sheriff,
W. C. Dub Brassell Detention Center                                                          DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge D. P. Marshall Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence

desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

### I.   BACKGROUND

On June 6, 2011, Mr. Turner filed a *pro se* Complaint (Doc. No. 2) pursuant to 42 U.S.C. § 1983. Six defendants were dismissed on January 17, 2012. Summons issued to the remaining defendant, Akira Boyd, was returned unexecuted on December 20, 2011.

On June 12, 2012, the Court directed Mr. Turner to provide an address for Akira Boyd within twenty-one days. Mr. Turner was warned that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice. (Doc. No. 18.) Mr. Turner has not responded to the Order and Ms. Boyd has not been served within 120 days of filing the Complaint, pursuant to FED. R. CIV. P. 4(m).

The Court thus finds that his Complaint (Doc. No. 2) should be DISMISSED without prejudice.

### II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1.   Plaintiff's Complaint (Doc. No. 2) be DISMISSED without prejudice.

2.   The Court should certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting these recommendations and the accompanying Judgment

would not be taken in good faith.

    DATED this 14th day of August, 2012.

                                            _____
                                            JOE J. VOLPE
                                            UNITED STATES MAGISTRATE JUDGE