IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ANDRE TURNER                                                                PLAINTIFF
ADC # 109100

v.                          No. 5:11-cv-145-DPM-JJV

AKIRA BOYD, Deputy Sheriff,
W.C. "Dub" Brassell Detention Center                                        DEFENDANT

### ORDER

The Court has considered Magistrate Judge Joe J. Volpe's Proposed Findings and Recommended Disposition, *Document No. 19*. No one has objected. Having reviewed the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b)(advisory committee notes to 1983 addition), and for legal error, the Court adopts the proposal as its own. Turner's Complaint, *Document No. 2*, is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal of this Order or the related Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2012