IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDRE TURNER**                                                                                     **PLAINTIFF**
ADC # 109100

v.                                No. 5:11-cv-145-DPM

**AKIRA BOYD; EDWARD ADAMS;
GERALD ROBINSON; TYRA TYLER;
GREG BOLIN; JEFFERSON COUNTY;
and W.C. "DUB" BRASSELL DETENTION
CENTER**                                                                                                 **DEFENDANTS**

JUDGMENT

Turner's complaint is dismissed without prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

7 September 2012