IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ANDRE TURNER**  **PLAINTIFF**
ADC # 109100

v.   No. 5:11-cv-145-DPM

AKIRA BOYD; EDWARD ADAMS;
GERALD ROBINSON; TYRA TYLER;
GREG BOLIN; JEFFERSON COUNTY;
and W.C. "DUB" BRASSELL DETENTION
CENTER   **DEFENDANTS**

## JUDGMENT

Turner's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2012